PREVIOUSLY FILED 6/2/2015 UNDERLYING AMENDED EMERGENCY HABEAS CORPUS WR-78,165-02.

**(4) SUPPLEMENT** PROPERLY EXECUTED CERTIFICATE OF SERVICE WITH LETTER TO THE CLERK REQUESTING THAT IT BE FILED WITH THE previously filed 6/2/2015 AMENDED EMERGENCY WRIT OF HABEAS CORPUS PROCEEDINGS IN WR-78,165-02

**FILED 6/11/2015**

**(1)** REFILED EXHIBITS # 15 AND # 20 PREVIOUSLY FILED IN THE 5/19/2015 APPLICATION OF ORIGINAL HABEAS CORPUS PROCEEDINGS IN WR-78,165-02.

**(2)** SUPPLEMENT CERTIFICATE OF SERVICE AND OATH PROPERLY COMPLETED AND MAILED TO ALL PARTIES ON 6/11/2015 IN PREVIOUSLY FILED 6/2/2015 AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN WR-78,165-02 .

**FILED 6/15/2015**

**(1)MASTER INDEX** (to be added to) previously filed ORIGINAL AND AMENDED EMERGENCY WRITS OF HABEAS CORPUS FILED ON 5/19/2015 AND 9/2/2015 WR-78,165-02 .

**(2) SUPPLEMENT**(ADDING) **SWORN STATEMENT** (as to every document filed in Cause WR-78,165-02 ) PREVIOUSLY FILED ORIGINAL AND AMENDED EMERGENCY WRITS OF HABEAS CORPUS FILED 5/19/2015 AND 6/2/2015 IN WR-78,165-02.

**(3) SUPPLEMENT** ADDING (**CLAIM/ GROUND FOR RELIEF # 5 TO 4 PREVIOUSLY FILED CLAIMS)** IN PREVIOUSLY FILED ORIGINAL AND AMENDED EMERGENCY WRITS OF HABEAS CORPUS FILED 5/19/2015 AND 6/2/2015 IN CAUSE NO.WR-78,165-02.